THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAYMOND SEYMOUR, Appellant.

(Submitted October 23, 1936; decided November 24, 1936.)

*Raymond Seymour*, appellant in person.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.